MULLER et al. v. THOMAS W. EVANS MUSEUM & INSTITUTE SOCIETY et al. (Supreme Court, Appellate Division, First De-

partment. March 18, 1910.) Action by Charles F. Muller and others, as executors, etc., against the Thomas W. Evans Museum & Institute Society and others. No opinion. Motion granted, with $10 costs, unless appellant complies with conditions stated in order. Order filed. See, also, 113 App. Div. 92, 99 N. Y. Supp. 93.